United States District Court
Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    EVELYN LACHAPELLE,                        Case No.  21-cv-00490-MMC

8              Plaintiff,                      **ORDER AFFORDING PARTIES
                                               LEAVE TO FILE SUPPLEMENTAL
9         v.                                   BRIEFING; VACATING APRIL 30,
                                               2021 HEARING ON DEFENDANT'S
10   OMNI HOTELS MANAGEMENT                    MOTION TO COMPEL ARBITRATION**
     CORPORATION,
11
               Defendant.
12

13         Before the Court is defendant Omni Hotels Management Corporation's Motion to

14   Compel Arbitration, filed March 24, 2021.  Plaintiff Evelyn Lachapelle has filed opposition,

15   to which defendant has replied.  Having read and considered the parties' respective

16   written submissions, the Court hereby VACATES the hearing scheduled for April 30,

17   2021, and will afford the parties leave to file supplemental briefing, as discussed below.

18         In opposing the motion, plaintiff argues the arbitration agreement is illusory, and

19   thus unenforceable, in light of a provision therein allowing defendant to unilaterally modify

20   or revoke the agreement.  Although both parties have cited to cases on which they

21   respectively rely, the Court has located additional authority that appears to bear on the

22   issue, specifically, Peleg v. Neiman Marcus Group, Inc., 204 Cal. App. 4th 1425 (2012),

23   and will afford the parties leave to file supplemental briefing to address that case.

24         Accordingly, each of the parties is hereby afforded leave to file, no later than May

25   7, 2021, a supplemental brief, not to exceed five pages in length, addressing the above-

26   referenced authority, as well as any other authority not previously discussed in the

27   parties' respective briefing that may bear on the above-referenced issue.

28   //

1    As of May 7, 2021, the Court, unless the parties are otherwise advised, will take

2  defendant's motion under submission.

3    **IT IS SO ORDERED.**

4

5  Dated: April 26, 2021

MAXINE M. CHESNEY
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California